**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

July 31, 2019

**By ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:  United States v. Raheem Vilar**
      **96 Cr. 551 (CLB); 16 Civ. 5283 (CS)**

Dear Judge Seibel:

The parties write to update the Court following the Supreme Court's decision in United States v. Davis, 139 S. Ct. 2319 (2019). The parties are discussing the possibility of a negotiated disposition to Mr. Vilar's pending 28 U.S.C. § 2255 motion. In the event that the parties are unable to reach agreement, we respectfully propose the following briefing schedule:

- Vilar's Brief: August 23, 2019
- Government's Brief: September 20, 2019
- Vilar's Reply Brief: September 27, 2019

Respectfully submitted,

/s/ Daniel Habib, Esq.
Assistant Federal Defender
Tel.: (212) 417-8769

CC:  Government counsel (by ECF)