**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 8, 2019

**By ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   United States v. Raheem Vilar**
       **96 Cr. 551 (CLB); 16 Civ. 5283 (CS)**

Dear Judge Seibel:

   I write, with the government's consent, respectfully to request a one-week extension of time, to October 18, 2019, to file the reply brief in support of Mr. Vilar's 28 U.S.C. § 2255 motion.  The original deadline was October 11, 2019.  This is my first request for an extension and I do not anticipate seeking any additional extensions.  The extension is necessary in light of upcoming filing deadlines in earlier-assigned cases, including a substantial reply brief due October 10, 2019, in United States v. Tsarnaev, No. 16-6001 (1st Cir.).

                                    Respectfully submitted,

                                    /s/ Daniel Habib, Esq.
                                    Assistant Federal Defender
                                    Tel.: (212) 417-8769

                                    **SO ORDERED:**

                                    _____
                                    **Hon. Cathy Seibel**
                                    **United States District Judge**

   CC:  Government counsel (by ECF)